FILED
SUPERIOR COURT
OF GUAM

2024 DEC 10 PM 3: 41

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| HENRY N. REYES, <br><br> Plaintiff, <br><br> vs. <br><br> SOFIA B. OROPESA, <br><br> Defendants. | DOMESTIC CASE NO. DM0834-10 <br><br> **DECISION AND ORDER RE: MOTION FOR MODIFICATION OF CHILD CUSTODY** |

This matter came before the Honorable John C. Terlaje on November 12, 2024, for a Motion Hearing on the Motion for Modification of Child Custody. Attorney Daniel Berman appeared for Plaintiff Henry N. Reyes, and Defendant Sofia B. Oropesa appeared pro se. The Hearing was held via Zoom.

The court has reviewed Plaintiff's Motion for Modification of Child Custody, Defendant's Answer and Declaration, and Plaintiff's Response, and has also interviewed the child, **J.H.O.R. (DOB: 6/10/10)**. Based on this review, the court finds that it is in the best interests of the child to continue the existing custody arrangement of year on-year off. Therefore, the court now issues this Decision and Order **DENYING** Plaintiff's Motion for Modification of Child Custody.

This court defines "existing custody arrangement" to mean the arrangement as outlined in the Findings of Fact and Conclusions of Law from January 16, 2020, and the Judgment from December 28, 2020.

This court reiterates the orders given in the 2020 Judgment that:

1.  Both Parties shall continue to share joint legal and physical custody.

2.  Both parties shall continue the current custody arrangement of alternating physical custody of the child on a yearly basis.

3.  Both parties shall communicate any disagreements exclusively, and shall not make deliberate attempts to involve the minor in such disagreements.

4.  Both parties shall cooperate in modifying the schedule of the non-custodial parents video-calling sessions.

5.  Neither party shall interfere with the other party's time with the minor child; nor shall either party discourage the minor child from communicating with the other.

6.  Each party shall bear their own costs and fees in this matter.

SO ORDERED, this 10 th day of December 2024.

_____
HONORABLE JOHN C. TERLAJE
Judge, Superior Court of Guam